UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America *ex rel.* TZAC, Inc. (Relator),<br><br>Plaintiffs,<br><br>v.<br><br>International Peace Institute, Inc.,<br><br>Defendant. | Case No. 0:22-cv-03127-JMB-EMB<br><br><br><br>**ORDER** |

On March 13, 2025, District Judge Jeffrey M. Bryan entered an Order directing Relator TZAC, Inc. to serve a copy of the unsealed Complaint on Defendant. (Dkt. 34 at 1.) More than 90 days have elapsed and there is no indication that Relator has timely complied with the Court's order or sought an extension of time in which to do so. *See* 31 U.S.C. § 3730(b)(3) (requiring unsealed complaint to be "served upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure").

IT IS THEREFORE ORDERED that counsel for Relator TZAC, Inc. shall, within 10 days of the date of this Order, either: (1) file proof of service consistent with Rule 4, or (2) seek an extension of time in which to do so. Failure to comply with this Order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 4(m).

2

Date: July 22, 2025                                   *s/ Elsa M. Bullard*
                                                      ELSA M. BULLARD
                                                      United States Magistrate Judge